**Order entered April 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01011-CV

**SAFECO LLOYDS INSURANCE COMPANY, Appellant**

**V.**

**JAMES AND PATRICIA BARRENTINE, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04453**

## ORDER

We **GRANT** appellees' April 24, 2014 unopposed first motion for extension of time to file brief and **ORDER** the brief be filed no later than May 28, 2014. Appellees are cautioned that no further extensions will be granted absent exigent circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE